No. 839.  UNITED STATES *v.* BUILDING & CONSTRUCTION TRADES COUNCIL ET. AL..

April 7, 1941. *Per Curiam:* The judgment is affirmed. *United States* v. *Hutcheson,* 312 U. S. 219.  MR. JUSTICE MURPHY took no part in the consideration or decision of this case.  *Solicitor General Biddle* and *Mr. James C. Wilson* for the United States.  *Mr. Joseph A. Padway* for the Building & Construction Trades Council et al., and *Messrs. Joseph O. Carson II, Thomas E. Kerwin, Joseph O. Carson,* and *Charles H. Tuttle* for the United Brotherhood of Carpenters & Joiners et al., appellees.

No. 840.  UNITED STATES *v.* UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ET AL.

April 7, 1941.  *Per Curiam:* The judgment is affirmed.  *United States* v. *Hutcheson,* 312 U. S. 219.  MR. JUSTICE MURPHY took no part in the consideration or decision of this case.  *Solicitor General Biddle* and *Messrs. Leo F. Tierney* and *J. Albert Woll* for the United States.  *Messrs. Joseph O. Carson II, Thomas E. Kerwin, Joseph O. Carson,* and *Charles H. Tuttle* for appellees.

No. 841.  UNITED STATES *v.* INTERNATIONAL HOD CARRIERS & COMMON LABORERS' DISTRICT COUNCIL ET AL.

April 7, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.  *United States* v. *Hutcheson,* 312 U. S. 219.  MR. JUSTICE MURPHY took no part in the consideration or decision of this cause.  *Solicitor General Biddle* and

*Messrs. J. Albert Woll* and *Leo F. Tierney* for the United States. *Messrs. Thomas D. Nash* and *Michael J. Ahern* for appellees.

No. 845. A. F. & G. REALTY CORPORATION ET AL. *v.* CITY OF NEW YORK. April 7, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. (1) *Violet Trapping Co.* v. *Grace,* 297 U. S. 119, 120; *Ingraham* v. *Hanson,* 297 U. S. 378, 381; *Schenebeck* v. *McCrary,* 298 U. S. 36, 37; (2) *Perley* v. *North Carolina,* 249 U. S. 510, 514; *Puget Sound Co.* v. *Seattle* 291 U. S. 619, 624. *Messrs. Bernard L. Bermant* and *John B. Marsh* for appellants. *Messrs. William C. Chanler* and *Paxton Blair* for appellee.

No. —. EX PARTE SAMUEL LESSER. April 7, 1941. Application denied.

No. —, original. EX PARTE CHARLES H. KNIGHT;
No. —, original. EX PARTE CHARLES VON GLAHN; and
No. —, original. EX PARTE JACK SHEARER. April 7, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 449. VERNON *v.* ALABAMA. April 7, 1941. The order denying certiorari, 311 U. S. 694, is vacated and the petition for writ of certiorari to the Supreme Court of Alabama is granted. The motion for leave to proceed *in forma pauperis* is granted. It is ordered that execution of the judgment and sentence of the Supreme Court of